# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Johnnie Mickell_

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

_Judge Vito P. Geroulo,_
_Shane Scanlon, Jr._
_Daniel B. Lipson, et al._
_See Attachments._

(Enter above the full name of
the defendant(s) in this action)

_(Exhibit) T For Defendants_
_addresses attached, And_
_other defendants_

CIVIL CASE NO: _3.18-CV.1540_

(to be supplied by Clerk
of the District Court)

**FILED
SCRANTON**

AUG – 3 2018

PER _____

DEPUTY CLERK

## COMPLAINT

1. The plaintiff _Johnnie Mickell is_ a citizen of

the County of _Lackawanna_ State of

Pennsylvania, residing at _407 Lackawanna Ave._

wishes to file a complaint under _42 USC 1983_

(give Title No. etc.)

_____

2. The defendant is ~~Citi~~ _Citizens of Lackawanna_

_County, State of Pennsylvania._

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _Defendants Committed,_

_8/3/18_

3. (CONTINUED) Civil Conspiracy, and claims, stated in Plaintiff's Civil Complaint, to sentenced Plaintiff a second time for DUI, that occured on 6/4/15, after Magistrate Sean P. McGraw Sentenced, Plaintiff for the stated DUI on 11/19/15, and after Plaintiff completed his six months Sentenced. Also, Defendants committed the stated claims to sentenced Plaintiff for Reckly endanger another Person (REAP) a crime he was not charge with, on 6/4/15, with his DUI, or thereafter. See Exhibits attached to this Civil Action.

4. WHEREFORE, plaintiff prays that This court grant his relief for damages, along with what this court feels is Just and fair for punitive damages. All of which, is prohibited by the United State Constitutions, under the United State Supreme Court. See Exhibits attached, to corroborate Plaintiff's Claims, on defendants, and Plaintiff's cause of action of False imprisonment.

Mr. Johnnie Mickell

(Signature of Plaintiff)

8/3/18

Exhibit T

## In The Middle District Court, In Lackawanna County Pennsylvania

| | |
|---|---|
| Mr. Johnnie Mickell | Civil No. 3:18-CV-1540 |
| Plaintiff, | |
| v. | Judge Caputo |
| Judge Vito P. Geroulo | |
| Warden, Timmothy Betti | Magistrate Judge |
| Asst. Warden, David Langan | Saporio |
| Counselor: Lori Davis | |
| Public Defender: | |
| Daniel B. Lipson | |
| District Attorney | Jury Trial |
| Shane P. Scanlon Jr. | Demanded |
| Judge Margaret B. Moyle | |
| Probation officer, | |
| Brian Williams, And | |
| Clerk of Court Kathy Kacier | Dated 8/3/18. |
| Defendants | |

FILED
SCRANTON

AUG - 3 2018

PER _____ DEPUTY CLERK

Complaint: Defendants Addresses
(1) Judge Vito P. Geroulo. (2) Shane Scanlon.
(3), Daniel B. Lipson. (4), Kathy Kacier,
Lackawanna County Courthouse, 200 North
Washington Ave. Scranton, PA 18503.

-I-

(5) Warden, Timothy Betti. (6) Asst. Warden
David Langan. (7). Lori Davis. Lackawanna
County Prison 1371 North Washington Ave.
Scranton, Pa 18509.

(8). Judge Margaret B. Moyle. ~~And~~
     Lackawanna County Courthouse
     200 North Washington Ave
     Scranton, PA            18503
(9). Brian  Williams.
Adult Parole/Probation Dept
130 North Washington Ave.
Scranton, Pa.       18503

-II-

In The Middle District Court of
Lackawanna County, Pennsylvania

Johnnie Mickell                    Civil No.
          Plaintiff

          v.                       Judge Caputo

Judge Vito Geroulo, Et al.
          Defendants    (MJ) Saporio

                        Jury Trial Demanded

Cause of Action. False Imprisonment on
the following dates, Under Docket Number
15 CR-2414. 3/8/16 To 3/11/16. 7/18/16. To
8/30/16. And 9/19/16 To 6/8/17. Exhibit 12.

Statement of Claims:
 Civil Conspiracy. Slander. Negligence. Gross
Negligence. And 4Th, 5Th, 8Th, and 14Th Amendment
rights violation, by Defendants. And Mental Anguish.

Injury:
Named Constitutional Rights Violations, In
Statements of Claims, by Defendants.

Damages: Loss of Monthly disability checks,
Loss of Car, Apartment, and other properties, Loss
                    III

of Supplement Employment, Child Support payment, Monthly, Fines/costs payments, and Spouse Support.

Punitive Damages Funds:
Whatever, this Court deem Just and Fair, in millions, for the Nine (9) Defendants Sanction for Plaintiff's Constitutional rights violations.

Claims Funds From Each Defendants:
$73,000, from Each defendants, and Whatever this Court deem Just and Fair, for the Nine defendants violating Plaintiff's 4th, 5th, 8th, and 14th Amendment rights, intentionally.

Respectfully, Submitted
Mr. Johnie Mickell
Johnnie Mickell

Dated: 8/3/18

Cont.

In The Middle District Court In
Lackawanna County, Pennsylvania

Mr. Johnnie Mickell,          ' Civil No.
              Plaintiff
            V                 '(Judge) Caputo
Judge Vito P. Geroulo,        '
Warden Timothy Betti,         '(Md) Saporio
Asst. Warden David Langan     '
Counselor Lori Davis,         '
Dist. Atty. Shane Scanlon     '
Public Defender               'Jury Trial Demanded
Daniel B. Lipson              '
Brian Williams                '
Judge Margaret B. Moyle       '
Kathy Kacier Clerk of Court   ' Dated: 8/3/18
                              '
                              '

   Statements of Civil Complaint on Defendants,
   As Follows:
   1. On June 4, of 2015. A Scranton Police
officer, issued Mr. Mickell, a DUI Citation.
      Exhibit
   2. On Sept. 14, of 2015. A Scranton Police
officer, incarcerated Mr. Mickell, For two (2)
Counts of Public drunkness, In Lackawanna
County prison, While he was Waiting For a
                    - 1 -

Summon, to appear in court For his one Count of DUI, that occurred on June 4, of 2015.

Exhibit 12. See attachment.

3. On Nov. 19, of 2015. Magistrate Judge, Sean P. McGraw, Sentenced Mr. Mickell, For the DUI, that occurred on June 4, of 2015, to time served, to Six Months, to participate in a 90/90 program, a out patient, drug and alcohol program (DAT), To Ware a scram bralet, for 90 days, Suspended Mr. Mickell driver's License, for 18 Months, and gave him a $375 Fine. Exhibit 13, and Sentencing order. Commonwealth' records.

4. On or about Feb. 18, of 2016. Mr. Mickell's six Months Sentenced expired, For his DUI, that occurred on June 4, of 2015, related to Magistrate McGraw plea agreement Sentenced, on Nov. 19, of 2015.

5. On Feb. 18, of 2016. Mr. Mickell Filed a Civil action Complaint, on Lackawanna County Superiors, for False imprisonment, in Lackawanna County prison, on Sept. 14, of 2015, for two Counts of public drunkness. Exhibit 12/3:16-cv-00291

6. On or about, March 9, of 2016. Defendants Conspired with defendant, Judge Geroula, to issue a bench Warrant for Mr. Mickell, for failing to appear in court, to be Sentenced a second time, For

-2-

his DUI, that occurred on June 4, of 2015,
Exhibit 12   Defendants Motive, was to retaliate
on Mr. Mickell, for filing a civil action, on
Lackawanna County Superiors, on Feb. 18, and
of 2015, For violating his 4Th, 5Th, 8Th, and 14Th
amendment rights, by incarcerating him in
Lackawanna County prison, For Months, For two
Counts of public drunkness, on 9/14/15, Exhibit 12.

7. On March 11, of 2016, The Defendants. Daniel
R. Lipson, and Shane Scanlon, conspired with
defendant Judge Geroula, to compell Mr. Mickell
in a plea agreement, to plea gulity to his
DUI that accurred on 6/4/15, along with a recklessly
endangering another person offense, that Mr. Mickell
was not charged with on 6/4/15, or thereafter. see
Exhibit 11/12 For None incarceration on 6/4/15.
8. The defendants Motive was to give Judge
Geroula, Jurisdiction, to later Sentenced Mr.
Mickell, For a Second time For his DUI, that occurred
once on 6/4/15, along with a Recklessly, endangerment
offense, that Carried the Max Sentenced of two
years. In Which, Mr. Mickell was Not charged
with, on 6/4/15, or thereafter. Exhibit 11/12.

9. On July 18, of 2016. Judge Geroula, issued a
bench warrant, for Mr. Mickell, Failure to appear in

-3-

Court on June 8 of 2016, to be sentenced for his DUI that occurred on 6/4/15, along with the Recklessly Endangering another person, offense, that Mr. Mickell was not charged with on 6/4/15, or their after. Exhibit 12 Commonwealth"s records, For Police Crim. Report, 9/16/15.

10. On August 3b of 2016, The defendants Daniel B. Lipson, Shane Scanlon, and Judge Geroulo, Conspired a plea agreement sentenced, to sentenced Mr. Mickell, to time served, to six (6) months probation, For DUI, that occurred once, on 6/4/15. And a consective three months probation For Recklessly Endangering another person (REAP), on 6/4/15. See Transcripts sentencing date 8/30/16.

11. Judge Geroulo, Fruther sentenced Mr. Mickell to pay a $750 Fine for his DUI that occurred on 6/4/15. And Suspended Mr. Micken" driver Licenses For 12 Months. Exhibits. Commonwealth" records, and sentencing after date 8/30/16.

12. All defendants knew from the Commonweal th" records, That on Nov. 19 of 2015, that Magistrate Sean P. McGraw, Sentenced Mr. Mickell, For his DUI, only, with no Recklessly endangering another person (REAP), offense charge, that occurred once, on 6/4/15, to the Following disposition. Time served to six (6) Months, Suspended Driver License, For 18 Months

-4-

A 90/90 program, a out patient program, (OAT) Drug/Alcohol Treatment program, a Fine For the DUI, For $375, and to ware a scram Bracelet, For Mr. Mickell's remaining 90 days with No probation, to the Named 6 months disposition, on 11/19/15. Review Exhibits 12 And Commonwealth" records, For sentencing order on 11/19/15.

13. The evidence of the Commonwealth" and Lackawanna County prison" records, reveals that all defendants knew, that on 11/19/15, that Magistrate Sean P. McGraw, Sentenced Mr. Mickell, For his DUI, only, that occurred on 6/4/15, prior to Judge Geroulo, sentenced Mr. Mickell For it, on 8/11/16; along with (REAP) offense, that Mr. Mickell, was Not Charge with, on 6/4/15, or thereafter, Review Exhibit 22. Scranton Police Criminal Complaint. Related to Exhibit 12. 11/19/15, and For sentenced and released date, For DUI only.

14. All defendants knew, From all the evidence, Stated above, that Magistrate McGraw, six months Sentenced, on 11/19/15, For Mr. Mickell's DUI, on 6/4/15, expired on or about 2/18/16, prior to Judge Geroulo's illegal sentenced, ~~to~~ on 8/11/16, For the above two offenses.

15. The evidence of the Commonwealth" and the Lackawanna County prison records, reveals that,

- 5 -

defendant, Lori Davis, and probation officer, Brian Williams, knew that Mr. Mickell, was falsely, detained in Lackawanna County prison, from Judge Geroulo's illegal sentenced on 8/30/16, for DUI/REAP. Exhibits, Commonwealth's records.

16. On or about Feb. 2, of 2017. Mr. Max out Judge Geroulo's illegal sentenced, for DUI, and Recklessly, Endangering another person(REAP). Exhibit: Commonwealth'' Records.

17. On or about March 8, of 2017. Defendant, Judge Moyle, conspired with defendants, to revoke Mr. Mickell's 9 months probation, related to Judge Geroulo'' illegal sentenced, for DUI/REAP. Exhibit. Commonwealth'' records.

Which was 4 months and 5 days passed Judge Geroulo'' illegal sentenced, for the above offenses, that Mr. Mickell max out in Lackawanna County prison, on or about 2/2/16.

18. On March 7, of 2017. Judge Moyle, fruther violated Mr. Mickell'' 4th, 5th, 8th, and 14th amendment rights, by revoking Mr. Mickell'' illegal sentenced of 9 months probation, by Judge Geroulo, and sentenced Mr. Mickell, 4 months and 5 days pass Judge Geroulo'' illegal 9 months sentenced, that Mr. Mickell max out on 2/2/16. Exhibits. Commonwealth Records. - 6 -

19. On March 7, of 2017, Judge Moyle revoked Mr. Mickell's remaining 3 months probation, related to Judge Geroulo's illegal 9 months Sentenced, for DUI/REAP, and commenced the 3 months probation sentenced, to 3/7/17 to 6/7/17. Exhibit. Commonwealth Records.

Which total, 13 months in Lackwanna County prison, illegally, because of the defendants Civil conspiracy, and other claims in this Civil action by the defendants, that Violated Mr. Mickell's 4Th, 5Th, 8Th, and 14Th Amendment Rights.

20. On June 8, of 2017. Defendant, Kathy Kacier, and defendants committed Civil Conspiracy, and other claims, in this Civil action, by detaining Mr. Mickell, in Lackawanna County Prison(LCP), For Fines/costs, totaling $8,000, based on a Falsified document, not related to Judge Geroulo's bench Warrant detainer, on Sept. 29, of 2016, that was executed on the above date, to (LCP).

21. On June 8, of 2017, Mr. Mickell was re-leased From (LCP) based on a payment plan on the $8,000, Monthly, related to the Falsified document corroborating it.

-7-

Which was approximately, 10 months passed Judge Geroulo's illegal Sentenced, on 8/30/16, for Mr. Mickell's time served, to 9 months probation for DUI And Recklessly endangering another person. And about 9 months passed Judge Geroulo's executed bench warrant detainer on Sept. 29, of 2016.

### Memorandum of Law

22. Judge Geroulo, and defendants, intentionally, Committed civil Conspiracy, and other claims, in this civil action, to violate Mr. Mickell's 4Th, 5Th, 8Th, and 14Th Amendment rights. Because, pursuant to Pa. R. Crim. P. 150 (A) (5) (B), Judge Geroulo, has 72 hours, to give Mr. Mickell, a Bench Warrant detainer hearing For Fines/Costs.

23. If Not, by operation of Law. Mr. Mickell's bench warrant detainer, Was Mandatory, to be vacated, pursuant to Pa. R. Crim. P. 150 (B). Instead, defendant Kathy Kacier, held the bench Warrant detainer hearing, on or about June 8, of 2017.

Which was/is about 9 months, From Judge Geroulo's bench warrant detainer date, executed on 9/29/16. And about 10 months, From Judge

- 8 -

Gerould's illegal sentenced, on 8/31/16, For Mr. Mickell's DUI, that occurred, once on 6/4/15, and recklessly, endangering another person (REAP). Which was/is an offense Mr. Mickell was not charged with on 6/4/15. Or thereafter. And

24. This evidence of records, reveals that all defendants committed civil conspiracy, and other claims, in this civil action, to detain Mr. Mickell, in Lackawanna County, Prison, For 14 Months and days, to violate Mr. Mickell's 4th, 5th, 8th, and 14th Amendment rights. All of which, is prohibit under the United States Constitutions.

Respectfully, Submitted,
Mr. Johnnie Mickell
Johnnie Mickell

Dated: 8/3/18

-9-

*Exhibit 11*

# Lackawanna County Prison

**This report was compiled
on:8/14/2017 @ 1519 hrs.**

INCARCERATION HISTORY FOR :    ## MICKELL, JOHNNIE

| COMMIT | RELEASE | CASE # & OTN | CHARGES | DISPOSITION |
|--------|---------|--------------|---------|-------------|
| 11-28-04 | 12-06-04 | | 18 5503 A | |
| 01-06-07 | 01-10-07 | 0001928-04 | BENCH WARRANT - DISTRICT JUSTICE | NOTES |
| 01-06-07 | 01-10-07 | 000176-1984 | BENCH WARRANT | |
| 01-06-07 | 01-10-07 | 0000150-1983 | BENCH WARRANT | |
| 01-06-07 | 01-10-07 | 0000219-1982 | BENCH WARRANT | |
| 01-06-07 | 01-10-07 | 0000002-1983 | BENCH WARRANT | |
| 11-15-07 | 11-19-07 | 07 CR 2772 | BENCH WARRANT | NOTES |
| 12-03-07 | 03-31-08 | 07 CR 2772 | PROBATION VIOLATION - ADULT | COUNTY SENTENCE |
| 12-03-07 | 03-31-08 | 08 CR 14 R5765-4 | BENCH WARRANT - OTHER COUNTY ✗ | AWAITING TRANSFER |
| 10-06-08 | 04-08-09 | 07 CR 2772 | PROBATION VIOLATION - ADULT ✗ | STATE SENTENCE |
| 10-06-08 | 04-08-09 | 89 CR 1315 C 353034-3 | BENCH WARRANT - OTHER COUNTY ✗ | AWAITING TRANSFER |
| 05-02-11 | 11-16-11 | 11cr1164 I6293335 | RECEIVING STOLEN PROPERTY | BAIL(SEE BOND SCRN.) |
| 02-01-12 | 09-24-12 | 08md568 fail to pay fines | BENCH WARRANT | NOTES |
| 02-01-12 | 09-24-12 | 12CR353 T1414346 | TERRORISTIC THREATS | COUNTY SENTENCE |
| 11-15-12 | 09-20-12 | | CONTEMPT FOR VIOLATION OF ORDER OR AGREEMENT | SENTENCED PFA |
| 11-15-12 | 09-20-13 | L 745816-1 07CR1268 | BENCH WARRANT-FINES & COSTS | NOTES |
| 11-15-12 | 09-20-13 | 12cr353 | PAROLE VIOLATION - COUNTY | NOTES |
| 06-13-15 | 06-13-15 | | OBSTRUCT ADMIN LAW/OTHER GOVT FUNC | |
| 06-26-15 | 07-02-15 | L948222-2 07cr1268 | BENCH WARRANT-FINES & COSTS | NOTES |
| 08-14-15 | 08-17-15 | 15CR1250 | BENCH WARRANT | NOTES |

1

*Exhibit 12*

# Lackawanna County Prison

This report was compiled
on:8/14/2017 @ 1519 hrs.

**INCARCERATION HISTORY FOR :**       **MICKELL, JOHNNIE**

| COMMIT | RELEASE | CASE # & OTN | CHARGES | DISPOSITION |
|--------|---------|--------------|---------|-------------|
| 09-14-15 | 11-19-15 | 15 NT 0527 | PUBLIC DRUNKENNESS | BAIL(SEE BOND SCRN.) |
| 09-14-15 | 11-19-15 | 15 NT 0528 | PUBLIC DRUNKENNESS | BAIL(SEE BOND SCRN.) |
| 03-09-16 | 03-11-16 | 15 CR 2414 L 946313-4 | BENCH WARRANT | AWAITING B/W HEARING |
| 07-18-16 | 08-30-16 | 15CR2414 | BENCH WARRANT | COUNTY SENTENCE |
| 09-19-16 | 06-08-17 | 15CR2414 | PAROLE VIOLATION - COUNTY | NOTES |
| 09-19-16 | 06-08-17 | 7CR1268/2772 ET | BENCH WARRANT-FINES & COSTS | NOTES |

Report formulated, compiled and prepared by :
Lackawanna County Prison Records Department

*This document is for disadvantage Monority Benefits*

2

Corroborating Evidence for defendants
constitutional Rights violations of

Exhibit D | Mr. Mickell's 4th, 5th, 8th, and 14th Amendment Rights

1. Exhibit Record 15 Scranton police Criminal Complaint/affidavit of Probable cause, revealing that Mr. Mickell was issued a DUI citation on 6/4/15. And that he was not charged with (REAP), on 6/4/15. Or thereafter,

Exhibit 11. Is Lackawanna County Prison record, revealing, that on 6/4/15. That Mr. Mickell was not incarcerated in (LCP), for DUI, or (REAP).

2. Exhibit 12. Is (LCP) record, revealing that on Sept. 14, of 2015. That Mr. Mickell was incarcerated in (LCP) for two counts of public drunkeness, while waiting on a Summon, to appear in Court, for his DUI, that occurred on 6/4/15.

3. Exhibit 12. I's (LCP) record, revealing that on Nov. 19, of 2015. That Mr. Mickell, was sentenced to time served to six months, for his DUI that occurred on 6/4/15, by Magistrate Sean P. MCGraw. And that Mr. Mickell was released from (LCP) on 11/19/15. By Magistrate Sean P. MCGraw" Sentencing order, that" on the Commonwealth, and LCP records. (Witness) (1) magistrate MCGraw. (2) Dist. Atty. Shane Scanlon. (3) Public

- 1 -

Defender. Daniel B. Lipson. (4)(1 CP)Warden. Timothy Betti.(SX L CP) Ass.it. Warden - David Langan. And (6)(6 CP) counselor. Lori Davis. Which is defendants in Mr. Mickell Civil action.

4. On or about 2/18/16. Mr. Mickell's Six Months sentenced, by Magistrate McGraw on 11/19/15, For Mr. Mickell's DUI that occurred on 6/4/15, expired. Exhibit Record, Magistrate McGraw Sentencing sheet/ Sentencing order, that on the Commonwealth's record, under docket Number 15CR2414. Which is the docket Number given by Magistrate Sean P. McGraw, ~~to the~~ on 11/19/15, to Mr. Mickell" DUI, that occurred on 6/4/15.

5. On Feb. 18, of 2016. Mr. Mickell, Filed a civil action on (LWC) Lackawanna County Superiors, For constitutional rights violation. Exhibit. Middle Dist. Court record. And For False imprisonment for two counts of public drunkeness, on Sept. 14, of 2015. Exhibit. Review exhibit 12.

6. Exhibit 12. Reveals. That on 3/8/16. Under docket Number 15CR2414, For Mr. Mickell" DUI that occurred on 6/4/15. That Judge Geroulo, issued a bench warrant for Mr. Mickell" Failure to appear in court on 2/18/16, to be sentenced a second time

- 2 -

For his DUI, that occurred on 6/4/15.

7. Exhibit 12. Reveals, that on 3/11/16, under docket Number 15CR-2414, For Mr. Mickell" DUI, that occurred on 6/4/15. That Mr. Mickell was released from Lackawanna County Prison (LCP), on 3/11/16. Based on Mr. Mickell, pleading guilty, a second time to his DUI, that occurred on 6/4/15. And pleading guilty, to Recklessly Endangering another person (REAP), that didn't occurre on 6/4/15. Or thereafter.

8. Exhibit 12. Reveals, as evidence. That on 7/18/16, under docket Number 15CR-2414, For Mr. Mickell" DUI, that occurred on 6/4/15. That Judge Geroula, released Mr. Mickell from (LCP). Pursuant to the Bench Warrant that he issued for on 7/18/16, For Mr. Mickell" Failure to appear in court on 6/8/16, to be Sentenced a second time For Mr. Mickell" DUI, that occurred on 6/4/15. And to Sentenced Mr. Mickell for (REAP), a offense that the record and Exhibits Attached, reveals, that Mr. Mickell, was not charged with on 6/4/15. Or thereafter.

9. Exhibit 12. Reveals, under docket Number 15CR-2414. That Judge Geroula, illegally, Sentenced

-3-

Mr. Mickell, on 8/11/16, for the DUI, that occurred on 6/4/15, and for Recklessly Endangering another person (REAP), which didn't occur on 6/4/15, or thereafter, to 9 months probation. And released Mr. Mickell, from Lackawanna County prison, on 8/30/16, to a home plan.

10. Exhibit 12 reveals, that on Sept. 19, of 2016. That Judge Geroulo "illegal 9 months probation, for the two named offenses, that Mr. Mickell violated, and was incarcerated in Lackawanna County prison (LCP). And that Mr. Mickell was released on 6/8/17, from (LCP), And

11. Exhibit 12 reveals, that on June 8, of 2017. Mr. Mickell, was released from (LCP), 9 Months and 4 days passed Judge Geroulo" illegal 9 Months probation sentenced, that ended 2/2/17. Based on the defendant, Kathy Kacier" falsified document, for Fines/Cost, totaling, $8,000.

Conclusion

All corroborating evidence of record, corroborates that the defendants violated Mr. Mickell" named rights in his civil action, and supports Mr Mickell" cause of action, and claims in his civil action.

Dated: 3/6/18        Respectfully, Submitted

-4-    Mr. Johnnie Mickell

8/3/18