# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNNIE MICKELL, | |
| Plaintiff, | NO. 3:18-CV-1540 |
| v. | (JUDGE CAPUTO) |
| JUDGE VITO P. GEROULO, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 31st day of July, 2019, upon review of the Report and Recommendation (Doc. 13) of Magistrate Judge Joseph F. Saporito, Jr. for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 13) is **ADOPTED**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge